UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYLE A. SPENCE,<br><br>               Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>               Defendant. | Case No. C13-523-RSL-BAT<br><br>**REPORT AND RECOMMENDATION** |

Cheryle A. Spence brought an action seeking review of the denial of her applications for Disability Insurance Benefits and Supplemental Security Income.  Dkt. 3.  The Commissioner has filed a stipulated motion the case be remanded, pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings.  The parties stipulate the case should be remanded because significant portions of the recording of the hearing the ALJ conducted on January 15, 2010, are inaudible and on remand, the Administrative Law Judge shall conduct a de novo hearing;

The Court has reviewed the motion and record, and recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to the terms of the parties' stipulated motion.  As the parties stipulate to remand, the Court recommends if this

REPORT AND RECOMMENDATION - 1

1  recommendation is adopted, that it be approved immediately.  A proposed order accompanies

2  this Report and Recommendation.

3       DATED this 24th day of June, 2013.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

REPORT AND RECOMMENDATION - 2