UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYLE A. SPENCE,<br><br>                    Plaintiff,<br><br>         v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. C13-523-RSL<br><br>**ORDER REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS PURSUANT TO SENTENCE SIX** |

The Court has considered the Stipulated Motion for Remand (Dkt. 11), the Report and Recommendation of the Honorable Brain A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3) If the outcome of the remand is not fully favorable to plaintiff, the Commissioner shall file with the Court a transcript of the record on which the Commissioner's action is based, and plaintiff may seek judicial review by reinstating this case rather than by filing a new complaint.

(4) If the outcome is fully favorable to plaintiff, the parties shall move the Court for

entry of Judgment.

(5) Pursuant to sentence six of 42 U.S.C. § 405(g), the Court will retain jurisdiction over this matter.

(6) The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 25th day of June, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge